**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**IN RE: ORDER ESTABLISHING THE 2024 HOLIDAY SCHEDULE**

                                              **Miscellaneous No: 1:24-MC-66**

## ORDER

All offices will be closed on Thursday, November 28, 2024, and Wednesday, December 25, 2024, which are Federal holidays.

In addition, the Clerk's Office and United States Probation Office will also be closed on Friday, November 29, 2024, Tuesday, December 24, 2024, and Thursday, December 26, 2024.  Each district judge and magistrate judge may adopt any schedule he or she desires regarding the working schedule of his or her chambers' staff during these dates.

The Court **DIRECTS** the Clerk to transmit copies of this Order to the Chief United States Probation Officer, the United States Bankruptcy Court, the United States Marshals Service, the Federal Public Defenders Office, and the United States Attorney's Office.

**DATED:** October 17, 2024

_____
Honorable Thomas S. Kleeh
Chief Judge
United States District Court